Michael J. Frevola
Christopher R. Nolan
K. Blythe Daly
HOLLAND & KNIGHT LLP
31 West 52nd St.
New York, NY  10019
Telephone:  (212) 513-3200
Telefax:  (212) 385-9010
michael.frevola@hklaw.com
christopher.nolan@hklaw.com
blythe.daly@hklaw.com
*Attorneys for Plaintiff Moti Shipping Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTI SHIPPING LTD.<br><br>                    Plaintiff,<br><br>        - against -<br><br>DNV GL GROUP AS, DNV GL AS f/k/a DET NORSKE VERITAS AS, DET NORSKE VERITAS (USA) INC., JOHN DOE, INC. #1 through JOHN DOE, INC. #50, unknown companies in the DNV GL GROUP AS corporate family,<br><br>                    Defendants. | Civil Action No.: 1:16-cv-00138-RA<br><br>**RULE 44.1 STATEMENT** |

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, Plaintiff Moti Shipping Ltd. intends to raise issues of the law of the United Kingdom in the captioned proceeding.

Dated:  June 7, 2016
            New York, NY

HOLLAND & KNIGHT, LLP

/s/ *Michael J. Frevola*
Michael J. Frevola / michael.frevola@hklaw.com
Christopher R. Nolan / chris.nolan@hklaw.com
K. Blythe Daly / blythe.daly@hklaw.com
31 West 52nd Street,  New York, New York 10019
Tel: (212) 513-3200 / Fax: (212) 385-9010