Abrams, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 13 2016

---

MOTI SHIPPING LTD.

        Plaintiff,

- against -

DNV GL GROUP AS f/k/a DET NORSKE VERITAS AS, DNV GL AS, DET NORSKE VERITAS (USA) INC., JOHN DOE, INC. #1 through JOHN DOE, INC. #50, unknown companies in the DNV GL GROUP AS corporate family,

        Defendants.

No. 1:16-cv-138 (RA)

**STIPULATION OF VOLUNTARY DISMISSAL and ORDER**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties per their respective counsel that the above-captioned action is settled and voluntarily dismissed with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to pay its own costs and attorneys' fees.

| HOLLAND & KNIGHT LLP<br>*Attorneys for Plaintiff*<br><br>By: _____<br>Michael J. Frevola<br>Christopher R. Nolan<br>K. Blythe Daly<br>31 West 52nd Street<br>New York, New York 10019<br>Tel: 212-513-3200<br>E-mail: michael.frevola@hklaw.com<br>        chris.nolan@hklaw.com<br>        blythe.daly@hklaw.com | SQUIRE PATTON BOGGS (US) LLP<br>*Attorneys for Defendants*<br><br>By: _____<br>John J. Reilly<br>Corrine Irish<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel: (212) 872-9800<br>E-mail: john.reilly@squirepb.com<br>        corrine.irish@squirepb.com |
|---|---|

SO ORDERED:

_____
Honorable Ronnie Abrams
United States District Judge
10-13-16